IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRINITY VALLEY SCHOOL, et al., | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil No. 3:13-CV-1082-K |
| CHESAPEAKE OPERATING, INC., et al., | § § § | |
| Defendants. | § § | |

## ORDER OF ADMINISTRATIVE CLOSURE

The Court has been notified that this case has settled. The Parties' are therefore directed to submit their dismissal papers, within 60 days from the date of this order. There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records.

Nothing in this Order shall be considered a dismissal or disposition of this case, and should further proceedings become necessary or desirable, any party or the Court may initiate such further proceedings in the same manner as if this Order had not been entered.

SO ORDERED.

Signed September 8th, 2015.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE